# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

_____

**HENRY PERRY, ET AL,**                 **JUDGMENT IN CIVIL CASE**
**Plaintiffs,**

**V.**                                 **CASE No.2:18cv2417 cgc**

**ALLSTATE PROPERTY AND CASUALTY**
**INSURANCE COMPANY,**

**Defendant.**

_____

     **DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

     **IT IS SO ORDERED AND ADJOURNED** in accordance with the Order of Dismissal with Prejudice, entered on September 20, 2019, this cause is dismissed with prejudice. Outstanding costs of this cause are assessed to the Defendant.


**APPROVED:**

s/Charmiane G. Claxton
**CHARMIANE G. CLAXTON**
**UNITED STATES MAGISTRATE JUDGE**

                                               s/Thomas M. Gould
Date: September 20, 2019                **Clerk of Court**


                                               s/Chris Sowell
                                               **(By)Deputy Clerk**